

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:26-cr-7 (RDA) |
| LESLIE KACIBAN, JR<br>*Also known as Les Kaciban*<br>*Defendant.* | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States, through undersigned counsel, respectfully requests that the Court enter an unsealing order in the above-captioned case because the government is seeking to disclose the indictment and arrest warrant to defense counsel.

On January 15, 2026, a grand jury sitting in the United States District Court for the Eastern District of Virginia, Alexandria Division, returned a four-count indictment against the above-named defendant. The United States moved for the indictment and arrest warrant to be sealed until the defendant's arrest. On January 27, 2026, counsel for the defendant contacted the United States Attorney's Office for the Eastern District of Virginia. Undersigned counsel wishes to share the indictment and arrest warrant with defense counsel to facilitate the defendant's self-surrender and negotiations to resolve this matter.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court enter an Order that the indictment and arrest warrant in the above-captioned case be unsealed.

Respectfully submitted,

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

By: /s/ Kathleen E. Robeson
Kathleen E. Robeson
Drew Bradylyons
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: kathleen.robeson@usdoj.gov