IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

Criminal No. 1:26-cr-7 (RDA)

LESLIE KACIBAN, JR
   *Also known as Les Kaciban*
          *Defendant.*

## ORDER

This matter is before the Court on the Government's Motion to Unseal Indictment and Arrest Warrant. Having reviewed the government's motion, and for good cause shown, it is hereby ORDERED that the indictment and arrest warrant for the defendant in the above-captioned case are UNSEALED.

It is SO ORDERED.

Date: January 29, 2026
Alexandria, Virginia

Hon. Rossie D. Alston, Jr.
United States District Judge
Eastern District of Virginia